46 So.2d 856

**Farris JOHNSON v. Joe IVORY et al.**

3 Div. 570.

Supreme Court of Alabama.

May 11, 1950.

696

Walter J. Knabe, of Montgomery, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.